IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 05-00048 SOM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT PETI MATAGI'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| PETI MATAGI TEOFILO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANT PETI MATAGI'S
REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant Peti Matagi Teofilo has moved for early termination of supervised release.  This court grants the motion and orders that supervised release be terminated.

Teofilo was sentenced in 2005 to five years in prison and five years of supervised release for having possessed five grams or more of methamphetamine with intent to distribute the drug.  Because he also had to serve an unrelated state sentence, he did not begin his federal supervised release term until November 2013.  He has now served about three years of his five-year supervised release term without any violation of supervised release conditions.  It appears that he has remained sober, that he works to supplement his Social Security income, and that he has completed medical treatment for a recurrence of cancer.

The Government opposes early termination of supervised release on the ground that (1) his supervised release conditions are not unduly burdensome, and (2) he has a state conviction for a violent crime.  This court notes that the state conviction relates to conduct in 2004, that Teofilo has allegedly reconciled with the family member who was the victim in that

matter, and that there have been no issues of concern during the three years while Teofilo has been supervised.  This court therefore does not share the Government's concern.

This court orders that Teofilo's supervised release term be terminated.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 2, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Peti Matagi Teofilo, Cr. No. 05-00048 SOM
**ORDER GRANTING DEFENDANT PETI MATAGI'S  REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**